IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANDRES RAMIREZ, and<br>RICKY HERNANDEZ,<br><br>        Plaintiffs,<br><br>v.<br><br>J.B. PRITZKER,<br>DIRECTOR OF THE ILLINOIS DEPART<br>OF CORRECTIONS, and<br>DAVID MITCHELL,<br><br>        Defendants. | Case No. 23-cv-01850-SPM |

## NOTICE OF IMPENDING DISMISSAL

**MCGLYNN, District Judge:**

    This matter is before the Court for case management purposes. On May 31, 2023, a Complaint was filed by Plaintiffs Ramirez and Hernandez, inmates at Pinckneyville Correctional Center. (Doc. 1). Plaintiffs were directed to submit a $402.00 filing fee or motions to proceed with out prepayment of the filing fee ("IFP") by June 30, 2023. (Doc. 2). Plaintiffs were warned that failure to pay the filing fee or submit a motion for leave to proceed IFP would result in dismissal of this case. The deadline has passed, and Plaintiffs have not met the filing fee requirement as directed by the Court.

    Upon filing the Complaint, Plaintiffs were also directed to file a form indicating their consent or declination to proceed before a magistrate judge by June 21, 2023. (Doc. 3). After missing this deadline, the Clerk's Office sent a second notice to Plaintiffs giving them seven additional days to file the form regarding consenting or declining consent to magistrate judge jurisdiction. (Doc. 4). Plaintiffs have also missed this deadline.

    Plaintiffs will be given one last opportunity to pursue this case. Accordingly, Plaintiffs are

**ORDERED** to each file a Motion for Leave to Proceed IFP or pay the $402.00 filing fee for this case on or before **July 19, 2023.** Additionally, they must file the attached form indicating consent to proceed before a magistrate judge or an affirmative declination to consent by **July 19, 2023**. Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b) without further notice.

Plaintiffs are **ADVISED** that a pleading, motion, or document filed on behalf of multiple plaintiffs must be signed by each plaintiff. A non-attorney cannot file or sign papers for another litigant, and as long as Plaintiffs appear without counsel in this action, each Plaintiff must sign documents for himself. *See Lewis v. Lenc-Smith Mfg. Co.*, 784 F.2d 829, 831 (7th Cir. 1986); FED. R. CIV. P. 11. Plaintiffs are **WARNED** that future group motions or pleadings that do not comply with this requirement shall be stricken pursuant to Rule 11(a).

Plaintiffs are also **ADVISED** of their continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently investigate Plaintiffs' whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**IT IS SO ORDERED.**

**DATED:   July 5, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　*s/Stephen P. McGlynn*
　　　　　　　　　　　　　　　　　　　　　　**STEPHEN P. MCGLYNN**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**